

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00530-CV

**BANK OF AMERICA, N.A.**,
Appellant

v.

**TFHSP, L.L.C.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-01820
Honorable Solomon Casseb, III, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, the parties' Joint Agreed Motion to Vacate Final Default Judgment and Remand to Trial Court is GRANTED. The judgment of the trial court is VACATED and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that each party bear its own costs and fees incurred as a result of this restricted appeal.

SIGNED December 3, 2014.

_____
Karen Angelini, Justice